Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
mpaek@littler.com
hcummings@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-02614-JAD-DJA<br><br>~~STIPULATION AND [PROPOSED]~~ **ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Morgan Stayton and Defendant Valley Health System, LLC, through their respective counsel, hereby agree and stipulate to extend the time for Defendant to respond to the Complaint from the current deadline of September 22, 2026, up to and including **October 22, 2026.**

The Parties agree that the requested extension is reasonable and necessary because counsel for Defendant was recently retained and is continuing to investigate the factual allegations set forth in the Complaint.

/ / /

/ / /

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
MORGAN STAYTON

Dated: September 15, 2026

Respectfully submitted,

*/s/ Hayley J. Cummings*
Montgomery Y. Paek, Esq.
Hayley J. Cummings, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2026



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800