**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Morgan Stayton,

Plaintiff,

v.

Valley Health System, LLC,

Defendants.

Case No. 2:26-cv-02614-JAD-DJA

**Order**

"No ENE will be conducted in cases subject to arbitration." Docket No. 3. As this case is subject to arbitration, Docket No. 8, the Court INSTRUCTS the Clerk's Office to remove the ENE flag from the docket and to remove the undersigned as the settlement judge from this case.

IT IS SO ORDERED.

Dated: October 7, 2026

Nancy J. Koppe
United States Magistrate Judge