Montgomery Y. Paek, Esq.
Nevada Bar No. 10176
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
mpaek@littler.com
hcummings@littler.com

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN STAYTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY HEALTH SYSTEM, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-02614-JAD-DJA<br><br>**STIPULATION AND ORDER TO STAY CASE AND PROCEED TO ARBITRATION**<br><br>**[FIRST REQUEST]** |

Plaintiff MORGAN STAYTON and Defendant VALLEY HEALTH SYSTEM LLC, by and through their respective counsel, hereby submit this Stipulation and Order to Stay Case Pending Arbitration.

WHEREAS Plaintiff and Defendant stipulate and agree that pursuant to the terms of the Alternative Resolution for Conflicts Agreement ("Arbitration Agreement") entered by the parties at the inception of Plaintiff's employment, this matter is subject to binding arbitration. Accordingly, it is hereby stipulated by and between the Parties and ORDERED as follows:

1. This action shall be stayed and submitted to binding and final arbitration according to the terms of the Arbitration Agreement in order for this Court to retain jurisdiction of the matter for enforcement purposes and any post-arbitration filings regarding the same;

///

2. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or right to dispute the arbitration agreement; nor shall this Stipulation operate as a waiver of Defendant's defenses;

3. Each party shall bear its own fees and costs before the Court as of this date; and

4. The parties will notify this Court within 30 days of resolution of the arbitration proceeding and submit any necessary filing regarding the same to dismiss this matter.

Accordingly, the Parties ask the Court to stay this matter pending arbitration proceedings.

Dated: October 7, 2026

Respectfully submitted,

*/s/ Eric K. Lundy*
Matthew T. Hale, Esq.
Eric K. Lundy, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
MORGAN STAYTON

Dated: October 7, 2026

Respectfully submitted,

*/s/ Hayley J. Cummings*
Montgomery Y. Paek, Esq.
Hayley J. Cummings, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
VALLEY HEALTH SYSTEM, LLC

ORDER

**Based on the parties' stipulation [ECF No. 8] and good cause appearing, IT IS ORDERED that this case is STAYED pending arbitration. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: October 16, 2026

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800